Randy Roberts, ID #17016400
Tom W. Sharp, ID #00791643
BLALACK & WILLIAMS, P.C.
4851 LBJ Freeway, Ste. 750
Dallas, TX 75244
214/630-1916; 214/630-1112 (fax)
Attorneys for American Airlines Federal Credit Union

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(DALLAS DIVISION)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 20-40117-elm13 |
| THERESA ANGELA WILLDEN | ) | |
| Debtor(s) | ) | |
| | ) | |
| | ) | |
| AMERICAN AIRLINES FEDERAL | ) | |
| CREDIT UNION, | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | ADVERSARY NO. 20-04028-elm |
| THERESA ANGELA WILLDEN, | ) | |
| Defendant | ) | |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

AMERICAN AIRLINES FEDERAL CREDIT UNION, Plaintiff, files it Motion for Default Judgment against Defendant Theresa Angela Willden, and would show the Court as follows:

**INTRODUCTION**

1. Plaintiff American Airlines Federal Credit Union seeks the entry of a Default Judgment against Defendant Theresa Angela Willden to determine the non-dischargeability of the indebtedness owned by Defendant under a Judgment entered by

{00671897.DOCX}

the 17th District Court of Tarrant County, Texas on July 25, 2019 in Cause No. 017-297825-18.

2. This Adversary Case was filed on April 17, 2020. (Doc. 1). Summons was issued on April 20, 2020. (Doc. 4). The Summons was served upon Defendant on April 21, 2020 and Proof of Service was filed on April 22, 2020 (Doc. 6).

3. Defendant failed to file or serve a Motion or Answer to the Complaint within the time allowed, and the Clerk noted and docketed a Clerk's Entry of Default on May 22, 2020 (Doc. 8).

4. Defendant is not on active military duty, has not been on active military duty within the last year, and is not subject to a future call-up to active duty. (See Status Report, App. 1.)

5. In support of this Motion, Plaintiff refers the Court to the Complaint and to the Brief and Appendix submitted with this Motion. A proposed Default Judgment is also submitted simultaneously with this Motion.

6. Accordingly, Plaintiff requests the entry of a Final Judgment establishing that the debt owed to Plaintiff, as reflected by the Final Judgment, is not dischargeable.

Respectfully submitted,
BLALACK & WILLIAMS, P.C.
Attorneys for Plaintiff American Airlines Federal Credit Union

BY: /s/ Randy Roberts
Randy Roberts, ID #17016400
Tom W. Sharp, ID #00791643
4851 LBJ Freeway, Ste. 750
Dallas, TX 75244
214/630-1916; 214/630-1112 (fax)

{00671897.DOCX}